FILED
2016 Mar-14  PM 03:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **CORRIE COLLINS DANIELS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO.** |
| ) | **5:15-cv-1093-MHH** |
| **COMPASS BANK and** ) | |
| **TRANSUNION, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

### JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Corrie Collins Daniels ("Plaintiff") and defendants Compass Bank and Trans Union, LLC (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate to the dismissal, with prejudice, of each claim and count asserted by Plaintiff against Defendants in the above-styled action, with Plaintiff and Defendants to bear their own respective costs.

Respectfully submitted this 14th day of March, 2016.

*s/ W. Whitney Seals*
W. Whitney Seals
Pate & Cochrun LLP
P.O. Box 10448
Birmingham, AL 35202
filings@plc-law.com
(205) 323-3900

Attorney for Plaintiff

26910545 v1

*s/ Paul Sheldon*
Matthew W. Robinett
ASB-3523-I72M
Norman, Wood, Kendrick & Turner
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
mrobinett@nwkt.com
(205) 328-6643

Paul Sheldon (admitted *pro hac vice*)
Strasburger & Price, LLP
2801 Network Boulevard, Suite 600
Frisco, TX 75034
Paul.sheldon@strasburger.com
(469) 287-3955

Attorneys for Defendant Trans Union, LLC


*s/ Kip Nesmith*
Kip Nesmith (NES007)
Rachel R. Friedman (FRI045)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
knsemith@burr.com
rfriedman@burr.com

Attorneys for Defendant Compass Bank