UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **CORRIE COLLINS DANIELS,** | } |
| Plaintiff, | } |
| v. | } Case No.: 5:15-cv-01093-MHH |
| **COMPASS BANK and TRANS UNION, LLC,** | } |
| Defendants. | } |

## ORDER

Plaintiff, Corrie Collins Daniels, and defendants, Compass Bank and Trans Union, LLC, have filed a joint stipulation of dismissal with prejudice.  (Doc. 26). The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**.  The parties are to bear their own costs, expenses, and attorney's fees.  The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this March 14, 2016.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE